UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ELLIS WALLACE,<br>Plaintiff,<br>v.<br>C. E. DUCART, et al.,<br>Defendants. | Case No. 16-cv-03798-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 48 |

Plaintiff has requested an extension of the deadline to complete his supplemental opposition to defendants' motion for summary judgment. Upon due consideration, the court GRANTS plaintiff's request and sets the following new briefing schedule. Plaintiff must file and serve on defense counsel any supplement to his opposition to the motion for summary judgment no later than **July 20, 2018**. No further extensions of this deadline should be expected. Defendants must file and serve any supplement to their reply brief no later than **August 3, 2018.**

**IT IS SO ORDERED**.

Dated: June 28, 2018

SUSAN ILLSTON
United States District Judge