# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GEORGE ELLIS WALLACE,

    Plaintiff,

v.

C. E. DUCART, et al.,

    Defendants.

Case No. 16-cv-03798-SI

**JUDGMENT**

Judgment is now entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 24, 2018

SUSAN ILLSTON  
United States District Judge